LAW LIBRARY

NO. 30613

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

CHRIS GRINDLING, Petitioner,

vs.

CLERKS OF THE SECOND CIRCUIT COURTS,
STATE OF HAWAI'I, Respondents.

K. HAMAKADO CLERK, APPELLATE COURTS STATE OF HAWAI'I

2010 AUG 23 AM 8:47

FILED

ORIGINAL PROCEEDING

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the "motion to refile petition," which is treated as a motion for reconsideration of the July 26, 2010 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, August 23, 2010.

